UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID HARRING, | No. 2:13-cv-2480 LKK AC PS |
| Plaintiff, | |
| v. | ORDER |
| CHRISTOPHER MARTENS, | |
| Defendant. | |

Plaintiff, a state prisoner housed at Kern Valley State Prison and proceeding pro se, has filed this action, together with a request to proceed in forma pauperis. In his complaint, plaintiff brings suit against his trial counsel for breach of contract. The alleged violations took place in Kern County, which is part of the Fresno Division of the United States District Court for the Eastern District of California. See E.D. Local Rule 120(d).

Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper division of a court may, on the court's own motion, be transferred to the proper division of the court. Therefore, this action will be transferred to the Fresno Division of the court. In light of 1996 amendments to 28 U.S.C. § 1915, this court will not rule on plaintiff's request to proceed in forma pauperis.

Good cause appearing, IT IS HEREBY ORDERED that:

1. This court has not ruled on plaintiff's request to proceed in forma pauperis;

1

1    2.  This action is transferred to the United States District Court for the Eastern District of
2 California sitting in Fresno; and
3    3.  All future filings shall reference the new Fresno case number assigned and shall be
4 filed at:

> United States District Court
> Eastern District of California
> 2500 Tulare Street
> Fresno, CA 93721

DATED: March 4, 2014

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2